# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERT LUEDTKE,

                Plaintiff,

v.

SODEXO OPERATIONS LLC,

                Defendant.

Case No. 16-CV-1295-JPS

**ORDER**

On February 3, 2017, the plaintiff filed a notice of dismissal of this action without prejudice and without costs assessed to any party. (Docket #10). As the defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of dismissal (Docket #10) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 3rd day of February, 2017.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge